FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTER E. FORD,<br><br>                Plaintiff,<br><br>    v.<br><br>BECHTEL NATIONAL INC. and AECOM,<br><br>              Defendants. | No. 4:18-CV-05101-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

      Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' Protective Order Regarding Confidential Information (Proposed), ECF No. 17-1, is approved and incorporated in this Order by reference. Parties filing documents protected under this Order must follow all applicable procedures.[1]

---

[1] *See* ECF No. 17-1 at 4–5; U.S. Dist. Ct. for the E. Dist. of Wash., *Procedures for the Filing of Sealed and Ex Parte Documents for Civil Cases* 6 (Aug. 26, 2015), http://www.waed.uscourts.gov/sites/default/files/electronic_how/Sealed%20Handout%20for%20Civil%20Cases-20150827.pdf.

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

IT IS SO ORDERED. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED this 10th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER - 2