Kevin C. Baumgardner, WSBA No. 14263
Thomas J. Bone, WSBA No. 43965
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154-1051
Telephone: 206-625-8600
kbaumgardner@corrcronin.com
jbone@corrcronin.com

Stephani L. Ayers, WSBA No. 31610
Law Office of S.L. Ayers
P.O. BOX 1061
Medford, OR  97501
Stephani@whistleblowerdefenders.com

Nikolas F. Peterson, WSBA No. 45751
Hanford Challenge
2719 East Madison Street, Suite 304
Seattle, WA  98112
nikolasp@hanfordchallenge.org

Timothy M. Lawlor, WSBA No. 16352
Matthew A. Mensik, WSBA No. 44260
Casey M. Bruner, WSBA No. 50168
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone: 509-624-5265
tml@witherspoonkelley.com
mam@witherspoonkelley.com
cmb@ witherspoonkelley.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| WALTER E. FORD,<br><br>                  Plaintiff,<br><br>     v.<br><br>AECOM and BECHTEL NATIONAL, INC.,<br><br>                  Defendants. | No. 4:18-cv-05101-SMJ<br><br>**JOINT NOTICE OF SETTLEMENT** |

JOINT NOTICE OF SETTLEMENT- 1
(No. 4:18-cv-05101-SMJ)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Pursuant to the Court's March 1, 2019 Minute Order, the parties hereby notify the Court that they have settled the above case.

DATED this 11th day of March, 2019.

| Hanford Challenge | CORR CRONIN LLP |
|---|---|
| *s/ Stephani L. Ayers*<br>Stephani L. Ayers, WSBA #31610<br>Law Office of S.L. Ayers<br>P.O. Box 1061<br>Medford, OR  97501<br>Phone: (813) 382-7865<br>Stephani@whistleblowerdefenders.com<br><br>Nikolas F. Peterson, Esq.<br>Hanford Challenge<br>2719 East Madison Street, Suite 304<br>Seattle, WA 98112<br>Tel: (206) 292-2850 ext. 25<br>nikolasp@hanfordchallenge.org<br>*Attorneys for Plaintiff Walter Ford* | *s/ Kevin C. Baumgardner*<br>Kevin C. Baumgardner, WSBA #14263<br>Thomas J. Bone, WSBA #43965<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA  98154-1051<br>Phone: 206-625-8600<br>kbaumgardner@corrcronin.com<br>jbone@corrcronin.com<br><br>*Attorneys for Defendant Bechtel National, Inc.* |

WITHERSPOON KELLEY

*s/ Matthew A. Mensik*
Timothy M. Lawlor, WSBA #16352
Matthew A. Mensik, WSBA #44260
Casey M. Bruner, WSBA #50168
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone: 509-624-5265
tml@witherspoonkelley.com
mam@witherspoonkelley.com
cmb@ witherspoonkelley.com

*Attorneys for Defendant AECOM*

JOINT NOTICE OF SETTLEMENT- 2
(No. 4:18-cv-05101-SMJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900